IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

                Plaintiff,

    vs.

ZHIJUN XIA,

                Defendant.

**8:20MJ318**

**ORDER**

      **THIS MATTER** is before the court on the motion of Mary C. Gryva to withdraw as counsel for the defendant, Zhijun Xia (Filing No. 14).  Steven J. Lefler has filed an entry of appearance as retained counsel for Zhijun Xia.  Therefore, Mary C. Gryva's motion to withdraw (Filing No. 14) will be granted.

      Mary C. Gryva shall forthwith provide Steven J. Lefler any discovery materials provided to the defendant by the government and any such other materials obtained by Mary C. Gryva which are material to Zhijun Xia's defense.

      The clerk shall provide a copy of this order to Steven J. Lefler.

      **IT IS SO ORDERED.**

      Dated this 26th day of June, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge